IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUN 15 PM 4:04

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>    Plaintiff, )<br>  )<br>VS. ) | CR. NO. 04-20234-Ml |
| )<br>CHAHID ELAIS )<br>  )<br>    Defendant. )<br>  ) | |

ORDER ON CHANGE OF PLEA

   This cause came to be heard on June 15, 2005, the United States Attorney for this district, Stephen Parker, appearing for the Government and the defendant, Chahid Elias, appearing in person and with counsel, Robert Irby, who represented the defendant.

   With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

   Plea colloquy was held and the Court accepted the guilty plea.

   **SENTENCING** in this case is **SET** for **WEDNESDAY, SEPTEMBER 14, 2005, at 9:00 a.m., in Courtroom No. 4, on the 9th floor before Judge Jon Phipps McCalla.**

   Defendant is allowed to remain released on present bond.

   **ENTERED** this the 15 day of June, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  6-16-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 150 in case 2:04-CR-20234 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

Robert C. Irby
LAW OFFICE OF ROBERT C. IRBY
4345 E. Mallory
Memphis, TN 38111

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT