M1

FILED BY ___ D.C.
05 JUN 22 AM 11
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

FILED BY __CAA__ D.C.
2005 JUN 16 AM 10: 31
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT
W.D. OF TN. MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Criminal No. 04-20234-M1 |
| CHAHID ELIAS, ) | |
| Defendant. ) | |

MOTION GRANTED
Reset to Friday Sept 16, 2005
at 8:45 AM.
JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
June 21, 2005
DATE

## MOTION TO RESET SENTENCING HEARING

Comes now the United States by and through counsel Terrell L. Harris, United States Attorney for the Western District of Tennessee, and moves the court to reset the sentencing date currently scheduled for September 14, 2005 at 9:00 a.m.

In support of said motion, the United States submits the Assistant United States Attorney has two previously set court hearings in Judge Mays' courtroom on the same day and time and would respectfully request any other date that is convenient with the court.



This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-22-05

Respectfully submitted,

TERRELL L. HARRIS
United States Attorney

By: _____
Stephen C. Parker
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN  38103
(#012747 Tennessee)



## CERTIFICATE OF SERVICE

I, Stephen C. Parker, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing **Motion** has been mailed, first class postage pre-paid, to Bob Irby, 4345 East Mallory Avenue, Memphis, TN 38111.

This 16th day of June, 2005.

Stephen C. Parker
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN 38103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 155 in case 2:04-CR-20234 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

Robert C. Irby
LAW OFFICE OF ROBERT C. IRBY
4345 E. Mallory
Memphis, TN 38111

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT