IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT -3 PM 2: 35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | Cr. No. <u>04-20234-M1</u> |
| CHAHID ELIAS, | ) ) ) | |
| Defendant. | ) | |

### ORDER

Upon motion of the United States of America by and through counsel, Terrell L. Harris, United States Attorney for the Western District of Tennessee, counts 2, 3, and 5 of the indictment are hereby dismissed.

IT IS SO ORDERED this 3 day of ~~September~~ Oct., 2005.

JON P. McCALLA
United States District Judge

Approved:

Stephen C. Parker, AUSA

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-3-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 162 in case 2:04-CR-20234 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

Robert C. Irby
LAW OFFICE OF ROBERT C. IRBY
4345 E. Mallory
Memphis, TN 38111

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT